Charles A. Cheatham, Appellant, v. Charles A. Clark, Appellee.

Filed February 23, 1916.

Appeal from Circuit Court, Duval County; Daniel A. Simmons, Judge.

Order affirmed.

*A. H. & Roswell King,* for Appellant;

*George C. Bedell,* for Appellee.

---

Martin Nathanson, Plaintiff in Error, v. J. Oscar Holder, Defendant in Error.

Filed February 23, 1916.

Writ of Error to Circuit Court, Duval County; Daniel A. Simmons, Judge.

Judgment affirmed.

*Powell & Pelot,* for Plaintiff in Error;

*Robert R. Milam,* for Defendant in Error.

---

Atlantic Coast Line Railroad Company, a Corporation, Plaintiff in Error, v. H. Ryals, Defendant in Error.

Filed February 23, 1916.